NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIKA ELIZABETH SMITH,       )
                                   )
          Appellant,        )
                                   )
v.                               )        Case No. 2D14-1750
                                   )
STATE OF FLORIDA,            )
                                   )
          Appellee.         )
_____)

Opinion filed February 10, 2016.

Appeal from the Circuit Court for Polk
County; Roger A. Alcott, Judge.

Andrea M. Norgard of Norgard, Norgard, &
Chastang, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa, for
Appellee.


KHOUZAM, Judge.

        For the reasons set forth in Mohler v. State, 165 So. 3d 773, 775 (Fla. 2d

DCA 2015), we reverse and remand for a new trial.

        Reversed and remanded.

WALLACE and SALARIO, JJ., Concur.